UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| JOE AITRO, | ) | |
| | ) | |
| vs. | ) | Case No. 05-3120-CV-S-RED |
| | ) | |
| HENRY S. CLAPPER, et al. | ) | |

    ___    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED Plaintiff's complaint, in its entirety, is DISMISSED WITH PREJUDICE. All other motions are DENIED AS MOOT.


 June 8, 2005                                                P. L. Brune
Date                                                                     Clerk


Entered on: June 8, 2005                             K Siegert
                                                                             (By) Deputy Clerk